**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| Sheila Snyder ) | **Case No. 3:13-CV-00454-TBR** |
| ) | *Filed Electronically* |
| Plaintiff, ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | **(with prejudice)** |
| Portfolio Recovery Associates, LLC ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties, in accordance with Fed.R.Civ.P.41(a)(1)(ii) and having resolved all matters in controversy in this case, jointly stipulate to a dismissal **with prejudice** of this action, with each party to bear his/her/it's own attorney's fees and costs.

Respectfully submitted this 22nd day of November 2013.

/s/   James H. Lawson
Lawson at Law, PLLC
4055 Shelbyville Road
Suite B
Louisville, Kentucky 40207
502-473-6525 – phone
502-473-6561 – fax
james@kyclc.com
*Counsel for Plaintiff,*
*Sheila Snyder*

/s/   Joseph N. Tucker
Joseph N. Tucker, Esq.
DINSMORE & SHOHL LLP
Suite 2500
101 South Fifth Street
Louisville, Kentucky  40202
502-540-2360 – phone (direct)
502-585-2207 - fax
joseph.tucker@dinsmore.com
and

Elizabeth M. Shaffer, Esq. (KBA 90192)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
Tel:    (513) 977-8200
Fax:    (513) 977-8141
Email: elizabeth.shaffer@dinsmore.com
*Counsel for Defendant,*
*Portfolio Recovery Associates, LLC*